1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS SELVIDGE,

        Plaintiff,

     v.

JAMES MC FARLAND *et al*.,

        Defendants.

Case No.  C04-5165RJB

ORDER ADOPTING
REPORT AND
RECOMMENDATION

15
16
17

     The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

18

    (1)    The Court adopts the Report and Recommendation;

19
20
21

    (2)    This action is **DISMISSED WITHOUT PREJUDICE** for failure to serve any named defendant within the allotted time frame and failure to respond to a court order to show cause.

22
23

    (3)    Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. Karen L. Strombom.

24

DATED this 15th day of April, 2005.

25
26
27

Robert J. Bryan
United States District Judge

28

ORDER
Page - 1